# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-128-BLG-SPW-2 |
| Plaintiff, | **ORDER** |
| -vs- | |
| DAVID LOPEZ, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion to File Documents Under Seal (Doc. 58), and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant David Lopez' Unopposed Motion to File Documents Under Seal (Doc. 58) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court file Defendant's documents attached as exhibits to Document 58 under seal.

Dated this 23 day of July, 2019.

SUSAN P. WATTERS
United States District Judge