IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



AUG 1 3 2019

Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 18-128-BLG-SPW-2 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DAVID LOPEZ, | |
| Defendant. | |

Pending before the Court is a motion of the United States of America to file Exhibit 1 of its response to the defendant's motion to suppress under seal (Doc. 66). For good cause being shown,

**IT IS HEREBY ORDERED** that the Motion to Seal Exhibit 1 of the United States' Response to Defendant's Motion to Suppress under seal (Doc. 66) is **GRANTED**.

The Clerk of Court is directed to file Exhibit 1 under seal.

DATED this 13th day of August, 2019.

SUSAN P. WATTERS
United States District Judge

1