FILED

JAN 1 5 2020

Clerk, U S District Court
District Of Montana
Billings



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAVID LOPEZ,

Defendant.

CR 18-128-BLG-SPW-2

ORDER

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the change of plea hearing set for Friday,

January 17, 2020 at 2:30 p.m. is **VACATED** and reset for **Friday, January 17,**

**2020 at 9:30 a.m., changing the time of the hearing only.**

The Clerk of Court is directed to notify counsel and the U.S. Marshals

Service of the entry of this Order.

DATED this 15th day of January, 2020.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1