# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-128-BLG-SPW-2 |
| Plaintiff, | |
| vs. | ORDER |
| DAVID LOPEZ, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion to Appear for Sentencing Via Video Conferencing (Doc. 138), and for good cause appearing,

**IT IS HEREBY ORDERED** that the in-person Sentencing Hearing set for Thursday, October 22, 2020 at 1:30 p.m. is **VACATED.**

**IT IS FURTHER ORDERED** that the Sentencing Hearing is **RESET VIA VIDEO from the Crossroads Correctional Facility (Shelby, MT)** on **Friday, October 23, 2020 at <u>1:00 p.m.</u>** Counsel may appear in the Snowy Mountains Courtroom thirty (30) minutes prior to the hearing to video conference with Defendant. If the defendant objects to this hearing being held via video, he must file a motion to continue the hearing to allow time for the defendant to be transported.

1

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 5th day of October, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE